THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

ANDREA M. MILLER (SB #88992)
amiller@nmlawfirm.com
NAGELEY, MEREDITH & MILLER, INC.
8801 Folsom Blvd., Suite 172
Sacramento, CA 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

JOANNA M. ESTY (SB #147903)
jmesty@majestylaw.com
MAJESTY LAW GROUP PLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Telephone: (310) 376-2512
Facsimile: (888) 618-0360

Attorneys for Plaintiff
THERMOGENESIS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THERMOGENESIS CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORIGEN BIOMEDICAL, INC., <br><br> Defendant. | Case No. 2:13-CV-02619-MCE-DAD <br><br> STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT ORIGEN BIOMEDICAL, INC. TO RESPOND TO COMPLAINT <br><br> [Fed. R. Civ. P. 6; Local Rule 144] |

1    WHEREAS on December 17, 2013 Plaintiff ThermoGenesis Corporation ("Plaintiff") filed its Complaint for Patent Infringement ("Complaint") against Defendant OriGen Biomedical, Inc. ("Defendant");

WHEREAS Defendant's responsive pleading is currently due January 23, 2014;

IT IS HEREBY STIPULATED between Plaintiff and Defendant, through their respective counsel, pursuant to Local Rule 144 and Fed. R. Civ. P. 6(b), that:

Defendant shall have an extension of approximately one month to file its responsive pleading to the Complaint in order to better understand the position of each party and to enter a period of discussion aimed at early resolution of the matter, if possible.  Based on the foregoing, the parties agree that Defendant's will have until February 28, 2014 to file its answer or to otherwise move in response to the complaint.

DATED:  January 23, 2014

    STOEL RIVES LLP

    By: /s/ Thomas A. Woods
        THOMAS A. WOODS
        Attorneys for Defendant
        ORIGEN BIOMEDICAL, INC.

DATED:  January 23, 2014

    MAJESTY LAW GROUP PLC

    By: /s/ JoAnna M. Esty
        (as authorized on 1/22/14)
        JOANNA M. ESTY
        Attorneys for Plaintiff
        THERMOGENESIS CORP.

## ORDER

Based upon the foregoing Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED that the Parties' request for leave to extend the time for Defendant Origen Biomedical, Inc. to respond to the complaint in the above-captioned action is GRANTED. Defendant's response to the complaint must now be filed with the Court on or before February 28, 2014.

IT IS SO ORDERED.

Dated:  January 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT