THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

ANDREA M. MILLER (SB #88992)
amiller@nmlawfirm.com
NAGELEY, MEREDITH & MILLER, INC.
8801 Folsom Blvd., Suite 172
Sacramento, CA 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

JOANNA M. ESTY (SB #147903)
jmesty@majestylaw.com
MAJESTY LAW GROUP PLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Telephone: (310) 376-2512
Facsimile: (888) 618-0360

Attorneys for Plaintiff
THERMOGENESIS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THERMOGENESIS CORP.,<br><br>             Plaintiff,<br><br>     v.<br><br>ORIGEN BIOMEDICAL, INC.,<br><br>             Defendant. | Case No. 2:13-CV-02619-MCE-DAD<br><br>STIPULATION AND ORDER FURTHER ENLARGING TIME OF DEFENDANT ORIGEN BIOMEDICAL, INC. TO RESPOND TO COMPLAINT AND TO CONTINUE DEADLINES UNDER RULE 26(f)<br><br>[Fed. R. Civ. P. 6; Local Rule 144] |

1  WHEREAS on December 17, 2013 Plaintiff ThermoGenesis Corporation ("Plaintiff")
2  filed its Complaint for Patent Infringement ("Complaint") against Defendant OriGen Biomedical,
3  Inc. ("Defendant");

4  WHEREAS Defendant's responsive pleading was initially due to be filed January 23,
5  2014;

6  WHEREAS on or about January 23, 2014, the parties submitted a STIPULATION, by and
7  through their respective counsel, pursuant to Local Rule 144 and Fed. R. Civ. P. 6(b), for an
8  approximate one month period of time for Defendant to file its responsive pleading to the
9  Complaint, which time would enable the parties to better understand one another's position and
10 allow for a period of discussion aimed at early resolution of the matter.  According to the parties'
11 Stipulation and the Order thereon, Defendant's response to the Complaint is presently due on or
12 before February 28, 2014.

13 WHEREAS on February 7, 2014, the parties and their counsel met, in person, in
14 Sacramento, California, to discuss one another's positions concerning the issues raised in the
15 Complaint.

16 WHEREAS on February 7, 2014, the parties arrived at an oral agreement in principal to
17 resolve this matter in full, pursuant to specific terms that are in the process of being memorialized
18 in a writing between the parties.

19 WHEREAS Plaintiff and Defendant, by and through their counsel of record, hereby
20 STIPULATE to an additional extension of time for Defendant to respond to the Complaint, if
21 necessary, until on or before **Friday, March 14, 2014.**  This is additional extension of time (of
22 less than one month) will enable the parties to prepare final documents resolving this matter in
23 full, without the attention and resources of the parities and the court being diverted to responsive
24 pleading preparation that is imminent, but likely unnecessary.

25 Based on the foregoing, the parties agree that Defendant will have until March 14, 2014,
26 to file its answer or to otherwise move in response to the Complaint.  The parties also agree to a
27 two week continuance of the deadline for counsel for Plaintiff and Defendant to meet-and-confer
28 regarding a Joint Status Report and filing of a Joint Status Report, pursuant to the Court's Order

1  Requiring Joint Status Report (see ECF No. 4) and consistent with Federal Rule of Civil
2  Procedure 26(f), which deadline is currently scheduled for March 3, 2014.  The new deadline for
3  the parties to meet-and-confer and filed a Joint Status Report is therefore, **March 17, 2014**.

6  DATED:  February 25, 2014

7  STOEL RIVES LLP

9  By: /s/ Thomas A. Woods
10  THOMAS A. WOODS
    Attorneys for Defendant
    ORIGEN BIOMEDICAL, INC.

12  DATED:  February 24 2014

13  MAJESTY LAW GROUP PLC

15  By: /s/ JoAnna M. Esty
16  (as authorized on 2/24/14)
    JOANNA M. ESTY
    Attorneys for Plaintiff
17  THERMOGENESIS CORP.

20  / / / /
21  / / / /
22  / / / /
23  / / / /
24  / / / /
25  / / / /
26  / / / /
27  / / / /
28  / / / /

## ORDER

Based upon the foregoing Stipulation of the Parties and for good cause appearing therefore, IT IS HEREBY ORDERED that the Parties' request for leave to extend the time for Defendant Origen Biomedical, Inc. to respond to the complaint in the above-captioned action is GRANTED. Defendant's response to the complaint in the form of an answer or motion must now be filed with the Court on or before March 14, 2014. IT IS FURTHER ORDERED that the deadline for the parties to meet-and-confer and submit a Joint Status Report consistent with Rule 26(f) and this Court's Order Requiring Joint Status Report shall be extended to March 17, 2014.

IT IS SO ORDERED.

Dated:  March 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT