THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
BRIAN C. PARK (admitted pro hac vice)
BCPark@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THERMOGENESIS CORP., <br><br>  Plaintiff, <br><br> v. <br><br> ORIGEN BIOMEDICAL, INC., <br><br> Defendant. | Case No. 2:13-CV-02619-MCE-DAD <br><br> **ORDER GRANTING DEFENDANT ORIGEN BIOMEDICAL, INC.'S REQUEST TO SEAL DOCUMENTS** <br><br> Judge:    Morrison C. England |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING REQUEST TO SEAL DOCUMENTS

76643393.1 0053535-00001

2:13-CV-02619-MCE-DAD

## **ORDER**

Based upon Defendant OriGen Biomedical, Inc.'s ("OriGen") Notice of Request to Seal Documents and Request to Seal Documents, ECF No. 39, and for good cause appearing, the request is GRANTED.

The Clerk of the Court is DIRECTED to file under seal the Declaration of Brian C. Park with exhibits, which were submitted to the Court in conjunction with OriGen's request.

IT IS SO ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT