JoAnna M. Esty (State Bar No. 147903)
Majesty Law Group PLC
6080 Center Drive
6th Floor
Los Angeles, CA 90045
jmesty@majestylaw.com

Telephone:   (310) 376-2512
Facsimile:   (888) 618-0360

Andrea M. Miller (State Bar No. 88992)
NAGELEY, MEREDITH & MILLER, INC.
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
amiller@nmlawfirm.com

Telephone:  (916) 386-8282
Facsimile:   (916) 386-8952

Attorneys for Plaintiff ThermoGenesis Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THERMOGENESIS CORP.<br><br>Plaintiff,<br><br>vs.<br><br>ORIGEN BIOMEDICAL, INC.<br><br>Defendant. | Case No.: 2:13-cv-02619-MCE-DAD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY**<br><br>Hon. Morrison C. England, Jr.<br>U.S. District Judge |

Based upon the Plaintiff's *Ex Parte* Request For Continuance Of Hearing On its Motion For Preliminary Injunction, and Defendant's Motion To Dismiss and Motion To Stay and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's *Ex Parte* Request For Continuance Of Hearing On Its Motion For Preliminary Injunction, and Defendant's Motion To Dismiss and Motion To Stay is GRANTED and the hearings are continued to September 4, 2014 at 2:00 p.m.

IT IS SO ORDERED.

**Dated:**   July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT