THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

ANDREA M. MILLER (SB #88992)
amiller@nmlawfirm.com
NAGELEY, MEREDITH & MILLER, INC.
8801 Folsom Blvd., Suite 172
Sacramento, CA 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

JOANNA M. ESTY (SB #147903)
jmesty@majestylaw.com
MAJESTY LAW GROUP PLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Telephone: (310) 376-2512
Facsimile: (888) 618-0360

Attorneys for Plaintiff
THERMOGENESIS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| THERMOGENESIS CORP., | No. 2:13-cv-02619-MCE-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESCHEDULING DISCOVERY MOTION HEARING |
| v. | |
| ORIGEN BIOMEDICAL, INC., | |
| Defendant. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION

Plaintiff THERMOGENESIS CORP. and Defendant ORIGEN BIOMEDICAL, INC., (collectively, "the Parties") submit the following Stipulation:

WHEREAS, the Parties have been diligent in the pursuit of resolving their dispute over written discovery.

IT IS HEREBY STIPULATED AND AGREED by the Parties herein as follows:

THAT the discovery conference currently set for December 12, 2014 be vacated and continued to January 23, 2015, or at a later date convenient to the Court, so that the parties may continue to attempt to resolve their issues regarding discovery without further involvement of the Court;

THAT the parties shall submit a supplemental joint statement as to issues remaining in dispute on or before January 16, 2015 or at a later date convenient to the Court.

IT IS SO STIPULATED.

DATED: December 1, 2014

STOEL RIVES LLP

By: /s/ Thomas A. Woods
THOMAS A. WOODS
Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

DATED: December 1, 2014

MAJESTY LAW GROUP PLC

By: /s/ Andrea M. Miller for
(as authorized on 12/1/14)
JOANNA M. ESTY
Attorneys for Plaintiff
THERMOGENESIS CORP.

1 **ORDER**

2     Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

3 Dated:  December 2, 2014

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
thermogenesis2619.stip.cont.ord.docx

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO