THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

ANDREA M. MILLER (SB #88992)
amiller@nmlawfirm.com
NAGELEY, MEREDITH & MILLER, INC.
8801 Folsom Blvd., Suite 172
Sacramento, CA 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

JOANNA M. ESTY (SB #147903)
jmesty@majestylaw.com
MAJESTY LAW GROUP PLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Telephone: (310) 376-2512
Facsimile: (888) 618-0360

Attorneys for Plaintiff
THERMOGENESIS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

THERMOGENESIS CORP.,

Plaintiff,

v.

ORIGEN BIOMEDICAL, INC.,

Defendant.

No. 2:13-cv-02619-MCE-DAD

STIPULATION AND ORDER RESCHEDULING DISCOVERY MOTION HEARING

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION RESCHEDULING DISCOVERY MOTION HEARING

2:13-CV-02619-MCE-DAD

77687850.1 0053535-00001

STIPULATION

Plaintiff THERMOGENESIS CORP. ("Thermo") and Defendant ORIGEN BIOMEDICAL, INC. ("OriGen"), collectively, "the Parties," submit the following Stipulation:

WHEREAS, the Parties have been diligent in the pursuit of resolving their dispute over written discovery.

WHEREAS, the Parties have made notable progress in attempting to resolve the discovery dispute now before the Court.

WHEREAS, counsel for the Parties are aware that, as of January 9, 2015, the principals for OriGen and Thermo have begun detailed discussion directed toward the global resolution of this matter by March 1, 2015.

WHEREAS, the Parties agree to stay or otherwise continue pending deadlines in the case so that efforts can be devoted to resolving the matter without additional, unnecessary fees and costs being incurred by either party.

IT IS HEREBY STIPULATED AND AGREED by the Parties herein as follows:

THAT the discovery conference currently set for January 23, 2015 be vacated and continued to March 20, 2015, or at a later date convenient to the Court, so that the parties may continue to attempt to resolve their issue, in their entirety, without further involvement of the Court;

THAT the parties shall submit a supplemental joint statement as to issues remaining in dispute on or before March 13, 2015, or at a later date convenient to the Court.

IT IS SO STIPULATED.

DATED: January 14, 2015

STOEL RIVES LLP

By: /s/ Thomas A. Woods
THOMAS A. WOODS
Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

DATED: January 13, 2015

MAJESTY LAW GROUP PLC

By: /s/ Andrea M. Miller
(as authorized on 1/13/15)
JOANNA M. ESTY
ANDREA M. MILLER
Attorneys for Plaintiff
THERMOGENESIS CORP.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT -2- 2:13-CV-02619-MCE-DAD

77687850.1 0053535-00001

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The January 23, 2015 discovery conference regarding defendant's motion to compel is continued to **March 20, 2015**; and

2. The parties shall file a joint statement on or before **March 13, 2015**.

Dated: January 15, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
thermogenesis2619.stip.cont.ord2.docx