THOMAS A. WOODS (SB #210050)
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781
tawoods@stoel.com

Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

ANDREA M. MILLER (SB #88992)
**NAGELEY, MEREDITH & MILLER, INC.**
8801 Folsom Blvd., Suite 172
Sacramento, CA 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952
amiller@nmlawfirm.com

Attorneys for Plaintiff
THERMOGENESIS GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOGENESIS CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>ORIGEN BIOMEDICAL, INC.,<br><br>Defendant. | Case No.:  2:13-cv-02619-MCE-DAD<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND DISTRICT COURT CONTINUING JURISDICTION OVER ENFORCEMENT; ORDER THEREON** |

PLEASE TAKE NOTICE that:

Plaintiff THERMOGENESIS CORP. ("Thermo") and Defendant ORIGEN BIOMEDICAL, INC. ("OriGen"), collectively, "the Parties," respectfully submit this Joint Stipulation to voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties hereby stipulate and agree as follows:

Whereas, on December 17, 2013, Plaintiff filed this action in the United District Court for the Eastern District of California.

Whereas, the District Court shall retain limited, continuing jurisdiction over disputes relating to the enforcement of the provisions of the Parties' Confidential Settlement and Release Agreement related to this action pursuant to <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381 (1994).

Whereas, the Parties have fully resolved this matter via a Confidential Settlement agreement and release of all claims and agree to the dismissal of the action with prejudice, with both Parties to bear their own costs and attorneys' fees, and with the Court retaining continuing jurisdiction over disputes relating to the enforcement of the provisions of the Parties' Confidential Settlement and Release Agreement in this matter.

IT IS SO STIPULATED.

DATED:  April 14, 2015                    **STOEL RIVES LLP**

/s/ Thomas A. Woods
By_____
THOMAS A. WOODS
Attorneys for Defendant
ORIGEN BIOMEDICAL, INC.

DATED:  April 14, 2015                    **NAGELEY, MEREDITH & MILLER, INC.**

/s/ Andrea M. Miller
By_____
ANDREA M. MILLER
Attorneys for Plaintiff
THERMOGENESIS CORP.

**ORDER**

On review of the Parties' Stipulation for Dismissal and for good cause appearing, IT IS HEREBY ORDERED that:

1. The above-captioned action is hereby dismissed with prejudice with both Parties to bear their own costs and reasonable attorneys' fees, and,

2. This Court shall retain continuing jurisdiction over any actions concerning

the enforcement of the provisions of the Parties' Confidential Settlement and Release Agreement related to this action. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated:  April 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 3 –

Joint Stipulation To Voluntarily Dismiss Action With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) And District Court Continuing Jurisdiction Over Enforcement - Case No.:  2:13-cv-02619-MCE-DAD